**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BL SANTA FE, LLC, et al.[1] | ) | Case No. 21-11190 (MFW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Thomas M. Horan, do hereby certify that on October 8, 2021 a true and correct copy of the foregoing document was served via the Court's NEF upon all counsel receiving such service and, additionally upon the parties listed on the attached service list via email delivery.

Dated: October 8, 2021

**COZEN O'CONNOR**

/s/ Thomas M. Horan
Thomas M. Horan (DE Bar No. 4641)
1201 N. Market St., Suite 1001
Wilmington, DE 19801
Telephone: (302) 295-2045
E-mail: thoran@cozen.com

*Counsel to the Holland Parties*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are: BL Santa Fe, LLC (4586) and BL Santa Fe (Mezz), LLC (1098). The Debtors' mailing address is 1297 Bishops Lodge Rd., Santa Fe, NM 87501.

**Service List**

Young Conaway Stargatt & Taylor, LLP
1000 North King Street
Rodney Square
Wilmington, Delaware 19801
(Attn: Matthew B. Lunn (mlunn@ycst.com)
Joseph M. Barry (jbarry@ycst.com)
Robert F. Poppiti, Jr. (rpoppiti@ycst.com)
Joseph M. Mulvihill (jmulvihill@ycst.com)

The Law Offices of Frank J. Wright, PLLC
2323 Ross Avenue, Suite 730
Dallas, Texas 75201
(Attn: Frank J. Wright (frank@fjwright.law)
Jeffrey M. Veteto (jeff@fjwright.law);

Gibson Dunn & Crutcher, LLP
333 South Grand Avenue
Los Angeles, California 90071
(Attn: Jeffrey C. Krause (jkrause@gibsondunn.com)
K. Kelsey mkelsey@gibsondunn.com)
G. Bouslog (mbouslog@gibsondunn.com)

Richards, Layton & Finger, P.A
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Attn: John H. Knight (knight@rlf.com))

Snell & Wilmer L.L.P
400 E Van Buren Street, Suite 1900
Phoenix, Arizona 85004
Attn: Christopher H. Bayley, Esq. (cbayley@swlaw.com)

Ashby & Geddes, P.A.
500 Delaware Ave., 8th Floor
Wilmington, Delaware 19801
Attn: Gregory A. Taylor, Esq. (GTaylor@ashbygeddes.com)